UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE RUIZ, individually and as co-successor-in-interest for Trevor R. Seever, Deceased,<br><br>                      Plaintiff,<br><br>                      v.<br><br>CITY OF MODESTO, et al.,<br><br>                      Defendants. | Old Case No. 1:21-cv-01565-DAD-SKO<br>New Case No. 1:21-cv-01565-NONE-EPG<br><br><u>ORDER RELATING CASES AND REASSIGNING DISTRICT AND MAGISTRATE JUDGE</u> |

       Pursuant to Local Rule 123, the court finds that the above-captioned action, *Darlene Ruiz, individually and as co-successor-in-interest for Trevor R. Seever, Deceased v. City of Modesto, et al.*, 1:21-cv-01565-DAD-SKO, is related under this court's Local Rule 123 to the following matter: *David Robert Seever, father of Trevor R. Seever, deceased, individually and as successor in interest to Trevor R. Seever v. City of Modesto, et al.*, 1:21-cv-01373-NONE-EPG. The actions involve overlapping parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the court and parties. An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge[1] and magistrate

---

[1] Although the lowest-numbered case bears the district judge designation "NONE" to reflect that it is not assigned to a specific district judge at this time due to vacancies within the court, until further notice the undersigned is presiding over all cases bearing the "NONE" designation.

1

judge, and no consolidation of cases is affected.

On the basis of good cause, this court **ORDERS** that the above-captioned action be reassigned to "Unassigned" ("NONE") as the district judge and to U.S. Magistrate Erica P. Grosjean, with new case number:

**1:21-cv-01565-NONE-EPG**

Going forward, all documents shall bear the new case number.

IT IS SO ORDERED.

Dated:   **October 26, 2021**               /s/ Dale A. Drozd
                                             UNITED STATES DISTRICT JUDGE

2