# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

David Robert Seever ,

vs.

City of Modesto , et al. ,

CASE NO: 1:21-CV-01373-NONE-EPG

## SUMMONS IN A CIVIL CASE

TO: CITY OF MODESTO

Defendant's Address:

c/o Jonathan B. Paul, Esq.
Rivera Hewitt Paul, LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670

YOU ARE HEREBY SUMMONED and required to serve on:

>   Steven August Fabbro
>   Law Offices of Steven A. Fabbro
>   601 Montgomery Street, Ste 688
>   San Francisco, CA 94111

an answer to the complaint which is served on you with this summons, **within 21 days after service of this summons on you,** exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**
CLERK

/s/ T. Lundstrom
(By) DEPUTY CLERK



ISSUED ON 2021-09-14 13:06:21
CLERK, USDC EDCA

Case 1:21-cv-01373-NONE-EPG   Document 2   Filed 09/14/21   Page 2 of 2

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me (1) | DATE 11/1/2021 |
|---|---|
| NAME OF SERVER (PRINT) Jenice Rossner | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 11341 Gold Express Drive, Ste 160, Gold River, CA 95670

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | $60 | TOTAL | $60 |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/4/2021
                Date

*Signature of Server:* Jenice Rossner

3104 O Street, #230, Sacramento, CA 95816
*Address of Server*