# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**David Robert Seever ,**                              CASE NO:  1:21–CV–01373–NONE–EPG

      vs.                                                **SUMMONS IN A CIVIL CASE**

**City of Modesto , et al. ,**

TO:  **Joseph Lamantia**

Defendant's Address:

 c/o Derick Konz, Esq.
 Angelo, Kilday & Kilduff, LLP
 601 University Ave., Suite 150
 Sacramento, CA  95825
 (916) 564-6100 ext. 232
 www.akk-law.com

**YOU ARE HEREBY SUMMONED** and required to serve on:

      **Steven August Fabbro**
      **Law Offices of Steven A. Fabbro**
      **601 Montgomery Street, Ste 688**
      **San Francisco, CA 94111**

an answer to the complaint which is served on you with this summons, **within 21 days after service of this summons on you**, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



**KEITH HOLLAND**
CLERK

**/s/  T. Lundstrom**
(By) DEPUTY CLERK

         **ISSUED ON 2021–09–14 13:06:21**
         **CLERK, USDC EDCA**

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE  11/24/2021 |
| NAME OF SERVER *(PRINT)*  Magie Sanchez | TITLE  Legal Assistant |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 601 University Ave., Suite 150
Sacramento, CA  95825

[ ] Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

[ ] Name of person with whom the summons and complaint were left:_____

[ ] Returned unexecuted:_____

[ ] Other (specify):_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/24/2021
                    Date                                                Signature of Server

1124 Eleventh St., Modesto, CA 95354
*Address of Server*