UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBERT SEEVER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MODESTO, et al.,<br><br>Defendants. | Case No. 1:21-cv-01373-NONE-EPG<br><br>ORDER GRANTING PROPOSED STIPULATION TO CONSOLIDATE CASES, WITHDRAW MOTION TO DISMISS AND MOTION FOR ABATEMENT, AND FOR PLAINTIFF TO FILE A CONSOLIDATED AMENDED COMPLAINT<br><br>(ECF No. 14)<br><br>Case No. 1:21-cv-1565-NONE-EPG |

This matter is before the Court on the parties' proposed stipulation to consolidate cases, withdraw the pending motion to dismiss and motion for abatement, and for Plaintiff to file a consolidated amended complaint. (ECF No. 14). As discussed below, the Court will grant the request to withdrawal the motion to stay, will consolidate this case and Case No. 1:21-cv-01102-NONE-EPG, and will enter a case schedule.

The parties stipulate to consolidating this action with 1:21-cv-01565-NONE-EPG because both cases involve the same officer-involved shooting occurring on December 29, 2020, the parties in each case are similar, and the claims are similar. Moreover, given the proposed consolidation, the parties stipulate to the withdrawal of the pending motion to dismiss and motion for abatement (ECF Nos. 8, 9) and to Plaintiff filing a consolidated amended complaint no later

1

than January 14, 2022, with all Defendant's responses due thirty days thereafter.

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." In exercising its discretion, the court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984). "Motions to consolidate are considered non-dispositive and are within the pre-trial authority of the magistrate judge." *Jackson v. Berkey*, No. 3:19-CV-06101-BHS-DWC, 2020 WL 1974247, at *2 n.2 (W.D. Wash. Apr. 24, 2020).

Here, the Court determines that the above-captioned actions involve the same or similar parties, claims, and questions of fact or law, and that consolidation will avoid unnecessary costs and duplication of proceedings.

Accordingly, pursuant to the parties' stipulation (ECF No. 14), IT IS ORDERED as follows:

1. This action and Case No. 1:21-cv-01565-NONE-EPG shall be consolidated for all purposes, including trial, pursuant to Rule 42(a).
   a. The Clerk is directed to file this order in each of the above-referenced case.
   b. Going forward, the parties and the Clerk are directed to file documents under only the lead case number. Future captions should indicate the lead case number followed by the member case number as follows:
      i. Lead Case No.: 1:21-cv-01373-NONE-EPG
      ii. Member Case No.: 1:21-cv-01565-NONE-EPG
2. The Clerk is directed to reflect on the docket the withdrawal of the motion to dismiss (ECF No. 8) and the motion for abatement (ECF No. 9).

\\\

\\\

\\\

3. Plaintiffs shall file a consolidated amended complaint on or before January 14, 2022, with all Defendants' responses due thirty (30) days thereafter.

IT IS SO ORDERED.

Dated: **December 13, 2021**         /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE