UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBERT SEEVER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF MODESTO, et al.,<br><br>    Defendants. | Case No.  1:21-cv-01373-JLT-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GALEN CARROLL<br><br>(ECF No. 21) |

On January 14, 2022, Plaintiffs filed a notice of voluntary dismissal without prejudice of Defendant Galen Carroll. (ECF No. 21). This Defendant has not filed either an answer or a motion for summary judgment.[1] Accordingly, in light of the notice, the case against Defendant Galen Carroll has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to designate on the docket that Galen Carroll has been terminated as a defendant in this case.

IT IS SO ORDERED.

   Dated:  **January 18, 2022**             /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] While Defendant Galen Carroll previously filed a motion to dismiss (ECF No. 8), a plaintiff may terminate an action voluntarily by filing a notice of dismissal under Rule 41(a)(1) even if a defendant has filed a motion to dismiss. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995).

1