UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBERT SEEVER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MODESTO, et al.,<br><br>Defendants. | Case No. 1:21-cv-01373-JLT-EPG<br><br>ORDER EXTENDING CASE DEADLINES<br><br>(ECF Nos. 39, 45) |

On October 12, 2022, the Court held a mid-discovery status conference in this matter, discussing the parties' progress in conducting discovery, agreement to participate in a court-facilitated settlement conference, and request to continue the remaining deadlines in the scheduling order. (*See* ECF Nos. 39, 45).

For the reasons noted at the conference, IT IS ORDERED as follows:

1. The Court's scheduling order (ECF No. 39) is modified as follows:

| Event | Former Date/Deadline | Continued Date/Deadline |
|---|---|---|
| Nonexpert Discovery Cutoff | December 16, 2022 | March 16, 2022 |
| Expert Disclosure | January 20, 2023 | April 20, 2023 |
| Rebuttal Expert Disclosure | February 24, 2023 | May 24, 2023 |

1

| Expert Discovery Cutoff | March 31, 2023 | June 30, 2023 |
| --- | --- | --- |
| Dispositive Motion Filing Deadline | May 15, 2023 | July 14, 2023 |
| Pretrial Conference | September 15, 2023 | January 12, 2024, at 1:30 p.m. before Judge Jennifer L. Thurston – Courtroom 4 |
| Jury Trial (6-8 estimate) | November 14, 2023 | March 25, 2024, at 8:30 a.m. before Judge Jennifer L. Thurston – Courtroom 4 |
| Telephonic Status Conference | None | March 15, 2023, at 10 a.m. before Judge Grosjean |

2. For the telephonic status conference set for March 15, 2023, at 10 a.m., the parties shall dial 1 (888) 251-2909 and enter access code 1024453. Additionally, the parties are directed to file a joint report, of up to five (5) pages, outlining the status of the case, any additional discovery still planned, potential for settlement, and any other issues pending that would benefit from the Court's assistance/direction. The parties shall file the report one full week prior to the conference, and email a copy, in Word format, to epgorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:  **October 14, 2022**           /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

2