Robert P. Fores, SBN 119235
rfores@foresmacko.com;
FORES - MACKO - JOHNSTON, INC.
1600 "G" Street, Suite 103
Modesto, California 95354
Tel: (209) 527-9899/Fax: (209) 527-2889

Ronald La Force, SBN 32927
ronaldlouislaforce@gmail.com
LAW OFFICES OF RONALD LA FORCE
1120 Scenic Avenue
Modesto, California  95355
Tel: (209) 602-5711/Fax: (209) 575-4356

John Burton, SBN 86029
jb@johnburtonlaw.com
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California  91103
Tel: (626) 449-8300/Fax: (626) 448-4417

Attorneys for Plaintiff Darlene Ruiz, Individually
and as Co-Successor-in-Interest to Trevor R. Seever, Deceased

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARLENE RUIZ, Individually and as Co-Successor-in-Interest for TREVOR R. SEEVER, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MODESTO, MODESTO POLICE DEPARTMENT, FORMER CHIEF OF POLICE GALEN CARROLL, FORMER OFFICER JOSEPH LAMANTIA and DOES 1-10,<br><br>Defendants. | Lead Case No.: 1:21-cv-01373-JLT-EPG<br>Member Case No.: 1:21-cv-01565-JLT- EPG<br><br>**STIPULATION AND ORDER TO REFER MANDATORY SETTLEMENT CONFERENCE TO NORTHERN DISTRICT MAGISTRATE JUDGE LAUREL BEELER**<br><br>**ECF No. 44** |

The parties hereto, through undersigned counsel of record, hereby stipulate and agree, should the Court deem it appropriate and convenient, that the mandatory settlement conference be transferred to Magistrate Judge Laurel Beeler of the Northern District of California.

     Magistrate Judge Beeler is experienced in presiding over mandatory settlement conferences in § 1983 actions and has an outstanding record of resolving difficult cases. She is accustomed to working with plaintiffs' counsel, defense counsel and insurers for governmental entities on cases involving significant claims for damages.

     Magistrate Judge Beeler has been contacted regarding acting as the settlement officer and has agreed to do so. She has indicated that she should have availability for a mandatory settlement conference in February, 2023. The parties presently believe that necessary discovery should be completed, and the case will be in a posture to discuss settlement by that time.

     According, the parties respectfully request that the Court issue an order referring the mandatory settlement conference to Magistrate Judge Laurel Beeler in the Northern District of California.

Dated: October 5, 2022   THE LAW OFFICES OF JOHN BURTON

                                                By:     /s/ John Burton
                                                       John Burton
                                         Attorneys for Plaintiff Darlene Ruiz

Dated: October 5, 2022   LAW OFFICES OF STEVEN A. FABBRO

                                              By:     Steven A. Fabbro
                                                  /s/ Steven A. Fabbro Attorneys for Plaintiff David Robert
SeverDated: October 5, 2022

RIVERA HEWITT PAUL LLP        Dated: October 5, 2022

By:         /s/ Jill B. Nathan
            Jill Nathan
Attorney for Defendants, City of Modesto
and Modesto Police Department


   ANGELO, KILDAY &
KILDUFF, LLP

- 2 -

1  By:	/s/ Bruce Alan Kilday
2  	Bruce Alan Kilday Attorneys for Defendant, Joseph Lamantia
3
4
5       The Court, being advised in the premises and for good cause shown,
6       IT IS ORDERED THAT the Mandatory Settlement Conference is referred to
7  Magistrate Judge Laurel Beeler of the Northern District of California.
8  IT IS SO ORDERED.

Dated: **October 14, 2022**         /s/ Eric P. Grojean
                                     UNITED STATES MAGISTRATE JUDGE

- 3 -

- 4 -