UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBERT SEEVER, et al., | Case No.  1:21-cv-01373-JLT-EPG |
| Plaintiffs, | ORDER EXTENDING CASE DEADLINES |
| v. | |
| | (ECF No. 50) |
| CITY OF MODESTO, et al., | |
| Defendants. | |

This matter is before the Court on the parties' stipulation for an order extending case deadlines. (ECF No. 50). As grounds, the parties state that they have been actively engaged in discovery but have experienced delays due to discovery disputes and Defendant Lamantia's anticipated invocation of his Fifth Amendment protection. Additionally, the parties note that they will attempt to resolve this case at an upcoming settlement conference before Magistrate Judge Laurel Beeler on March 29, 2023. Given these circumstances, the parties ask the Court to extend all dates and deadlines by 45 to 60 days.

Finding good cause, IT IS ORDERED as follows:

1. The Court's scheduling order (ECF Nos. 39, 47) is modified as follows:

| Event | Former Date/Deadline | Continued Date/Deadline |
|---|---|---|
| Nonexpert Discovery Cutoff | March 16, 2023 | May 16, 2023 |
| Expert Disclosure | April 20, 2023 | June 20, 2023 |

| | | |
|---|---|---|
| Rebuttal Expert Disclosure | May 24, 2023 | July 24, 2023 |
| Expert Discovery Cutoff | June 30, 2023 | August 30, 2023 |
| Dispositive Motion Filing Deadline | July 14, 2023 | September 14, 2023 |
| Pretrial Conference | January 12, 2024, at 1:30 p.m. before Judge Jennifer L. Thurston – Courtroom 4 | March 11, 2024, at 1:30 p.m. before Judge Jennifer L. Thurston – Courtroom 4 |
| Jury Trial (6-8 estimate) | March 25, 2024, at 8:30 a.m. before Judge Jennifer L. Thurston – Courtroom 4 | June 4, 2024, at 8:30 a.m. before Judge Jennifer L. Thurston – Courtroom 4 |
| Telephonic Status Conference | March 15, 2023, at 10 a.m. before Judge Grosjean | May 15, 2023, at 10:30 a.m. before Judge Grosjean |

2. For the telephonic status conference, the parties shall dial 1 (888) 251-2909 and enter access code 1024453. Additionally, the parties are directed to file a joint report, of up to five (5) pages, outlining the status of the case, any additional discovery still planned, potential for settlement, and any other issues pending that would benefit from the Court's assistance/direction. The parties shall file the report one full week prior to the conference.

IT IS SO ORDERED.

Dated:   **December 8, 2022**                    /s/ _Erica P. Grosjean_
                                    UNITED STATES MAGISTRATE JUDGE

2