# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBERT SEEVER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MODESTO, et al., <br><br> Defendants. | Case No. 1:21-cv-01373-JLT-EPG <br><br> ORDER EXTENDING DEADLINE TO FILE DISPOSITIONAL DOCUMENT <br><br> (ECF No. 58) |

On March 15, 2023, Plaintiff David Seever filed a notice of settlement, stating that this case settled after a settlement conference before Magistrate Judge Laurel Beeler, subject to the contingency of approval of the governing authorities, with the parties expecting the process to take about thirty days. (ECF No. 55). Accordingly, the Court issued a minute order setting a deadline for the parties to file an appropriate dispositional document by no later than April 17, 2023. (ECF No. 57).

Plaintiff Seever has now filed a "response" to the Court's minute order, stating as follows:

> There remain unresolved issues in the case concerning division of the settlement between Plaintiffs. There is a further settlement conference with Magistrate Judge Lauren Beeler on 05/04/2023 at 3:00 p.m. If the parties are unable to reach an agreement on the division of the settlement proceeds, the Court may be requested to set a Trial on the matter of the division of the settlement.
>
> Consequently, the Court is respectfully requested to extend the deadline for filing an appropriate dispositional document in this matter to enable the parties to complete the settlement conference and report to the Court the results thereof.

(ECF No. 58, p. 2).

1

     The Court construes this filing as a motion to extend the deadline to file a dispositional document and will grant the request. *See* Fed. R. Civ. P. 7(b)(1) (providing that "[a] request for a court order must be made by motion"). Accordingly, IT IS ORDERED as follows:

1. Plaintiff Seever's motion to extend the deadline to file a dispositional document (ECF No. 58) is granted.
2. The parties shall file an appropriate dispositional document by no later than May 18, 2023.
3. Alternatively, if the parties cannot file a dispositional document by this date, they shall file a joint status report advising the Court of the status of finalizing their settlement agreement.

IT IS SO ORDERED.

    Dated:   **April 20, 2023**              /s/ *Erica P. Grosjean*
                                                    UNITED STATES MAGISTRATE JUDGE