3:22-mc-80276-LB Ruiz et al v. City of Modesto et al **CASE CLOSED on 03/13/2023**

CLOSED,REFSET-LB

# U.S. District Court

## California Northern District

**Notice of Electronic Filing**

The following transaction was entered on 5/5/2023 at 8:36 PM and filed on 5/4/2023
**Case Name:** Ruiz et al v. City of Modesto et al
**Case Number:** 3:22-mc-80276-LB
**Filer:**
**WARNING: CASE CLOSED on 03/13/2023**
**Document Number:** 12(No document attached)

**Docket Text:**
**Minute Entry for proceedings held before Magistrate Judge Laurel Beeler: Settlement Conference held via Zoom on 5/4/2023. The court held a second settlement conference to resolve the split of the settlement proceeds between the plaintiffs Darlene Ruiz and David Seever. The plaintiffs agreed to an allocation of the settlement proceeds. The court placed the settlement confidentially on the record, and it is an enforceable agreement. The transcript of the proceeding is ordered sealed. Only counsel of record and parties of record may obtain a copy of this transcript.**

**Total Time in Court: 7 hours, 36 minutes.**
**\*SEALED\* Digital Recording Time: 10:33 - 10:36.**

**Counsel for Plaintiff David Seever: Steven A. Fabbro and Harold Selan.**
**Also appearing: Plaintiff David Seever.**
**Counsel for Plaintiff Darlene Ruiz: John Burton, Robert P. Fores, and Ronald La Force.**
**Also appearing: Ray Ruiz and Plaintiff Darlene Ruiz.**

**(This is a text-only entry generated by the court. There is no document associated with this entry.) (ejk, COURT STAFF) (Date Filed: 5/4/2023)**

3:22-mc-80276-LB Notice has been electronically mailed to:

Bruce Alan Kilday     bkilday@akk-law.com

Derick E. Konz     dkonz@akk-law.com, rkhan@akk-law.com

Jill B Nathan     JNathan@rhplawyers.com, DVega@rhplawyers.com, firm@rhplawyers.com, MGreen@rhplawyers.com

John Burton     jb@johnburtonlaw.com, dl@johnburtonlaw.com, lk@johnburtonlaw.com, sandy@johnburtonlaw.com, sburton02@earthlink.net

Robert Philip Fores     rfores@foresmacko.com, amostek@foresmacko.com, calonzo@foresmacko.com

Steven A. Fabbro     fabbrolaw2001@yahoo.com

**3:22-mc-80276-LB Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

Ronald Louis Laforce
LAW OFFICES OF RONALD LA FORCE
1120 Scenic Avenue
Modesto, CA 95355